IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3043 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN EDWARD MULL, | ) | ORDER ON MOTION FOR EXTENSION |
| | ) | OF TIME TO DOCKET APPEAL |
| Defendants. | ) | |

IT IS ORDERED that:

1.  the Motion for Extension of Time to Docket Appeal, filing 577, is granted; and

2.  the defendant shall have thirty days from the date of this order to file his Notice of Appeal.

Dated June 10, 2005.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge