IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:99cr3043 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF DEFENDANT'S |
| vs. | ) | REQUEST FOR RELIEF FROM |
| | ) | THE DISTRICT COURT'S |
| JOHN EDWARD MULL, | ) | JUDGMENT PURSUANT TO |
| | ) | RULE 60(b)(6) |
| Defendant. | ) | |

The United States Attorney is notified of the filing on July 27, 2007, of Defendant's Request for Relief from the District Court's Judgment Pursuant to Rule 60(b)(6), filing 614. The United States shall have until August 31, 2007, in which to respond.

Dated August 1, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge