IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3043 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN EDWARD MULL, | ) | MEMORANDUM AND ORDER ON |
| | ) | REMAND REGARDING CERTIFICATE |
| Defendants. | ) | OF APPEALABILITY |
| | ) | |

    The circuit court having remanded this matter for consideration of a Certificate of Appealability, I conclude that no Certificate of Appealability should issue because a requirement of 28 U.S.C. § 2253 that a Certificate of Appealability issue "only if the applicant has made a substantial showing of the denial of a constitutional right" has not been met.

    The new claim being made by the defendant is that "the district court failed to resolve factual disputes found within the Presentence Investigation Report . . . before sentence was imposed." That is insufficient to satisfy the showing of the denial of a constitutional right.

    IT IS ORDERED that no Certificate of Appealability shall be issued.

    Dated December 18, 2007.

                      BY THE COURT

                      s/ Warren K. Urbom
                      United States Senior District Judge