IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:99cr3043 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF FILING OF MOTION |
| vs. | ) | UNDER 18 U.S.C. § 3742(a)(1) & (2) |
| | ) | |
| JOHN EDWARD MULL, | ) | |
| | ) | |
| Defendant. | ) | |

  The United States Attorney is notified of the filing on August 15, 2008, of a motion under 18 U.S.C. § 3745(a)(1) and (2) for modification of sentence, filing 635. The United States shall have until September 29, 2008, in which to respond.

  Dated August 25, 2008.

        BY THE COURT

        s/ Warren K. Urbom
        United States Senior District Judge