IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | 4:99CR3043 |
| v. | ) | |
| JOHN EDWARD MULL, Defendants. | ) | ORDER ON MOTION REQUESTING NEW COURT-APPOINTED ATTORNEY/COUNSEL |

A hearing by telephone was had today on the Motion Requesting New Counsel-Appointed Attorney/Counsel, filing 649.

The defendant stated his reasons for wanting new counsel, specifically, that Mr. Wythers had talked with him by telephone only once and had written him letters twice, has worked slowly, and has disagreed with what Mr. Mull wanted him to do.

I find that there is no basis for my concluding that Mr. Mull cannot work with Mr. Wythers or that Mr. Wythers has acted in a way that makes cooperation between them impossible or particularly difficult.

Mr. Wythers agreed in today's conference call to present to the court all matters that Mr. Mull wishes to be presented to the court and I have told Mr. Mull in today's conference that he may send to Mr. Wythers, who then will send to me, any information that he wants

communicated to me dealing with the issues of reduction of his sentence because of the involvement of crack cocaine.

The motion, document 649, is denied.

Dated March 10, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge