IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:99CR3043 |
| v. | ) | |
| JOHN EDWARD MULL, | ) | SCHEDULING ORDER |
| Defendants. | ) | |

At the telephone conversation with counsel today I set dates for action on proceeding with the resolution of the issue of John Mull's entitlement to a reduction of sentence.

IT IS ORDERED that the defendant's counsel shall cause to be filed on or before May 15, 2009, an appropriate motion to raise the issues he and the defendant choose to present, together with a brief on the procedural and substantive issues, including whether the defendant is entitled to a hearing and, if so, whether he is entitled to be present at the hearing. The United States shall have until June 5, 2009, to respond to the motion and brief.

Dated April 15, 2009.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge