IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3043 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN EDWARD MULL, | ) | ORDER ON PETITIONER'S MOTION FOR |
| | ) | AN ADDITIONAL 30 DAYS TO COMPLY |
| Defendant. | ) | WITH BRIEFING |
| | ) | |

On May 8, 2009, the clerk received from the defendant acting pro se but with court-appointed counsel a document titled "Petitioner's Motion for an Additional 30 Days to Comply with Briefing." General Rules of the United States District Court for the District of Nebraska 1.3(i), states:

> **(i) Communication With Court.** Once counsel is appointed or retained, all further documents and other communications with the court must be submitted through counsel, unless the court permits otherwise. Any further pro se documents or other communications submitted to the court may be (1) returned unfiled to the sending party or (2) forwarded to the sending party's counsel.

Court-appointed counsel for the defendant has requested that the pro se Petitioner's Motion for an Additional 30 Days to Comply with Briefing be filed and, therefore,

IT IS ORDERED that:

1. Petitioner's Motion for An Additional 30 Days to Comply with Briefing shall be filed as of May 8, 2009, and the motion is granted;

2. the defendant shall on or before June 15, 2009, file and serve an appropriate motion to raise the issues counsel and the defendant choose to present, together with a brief on the procedural and substantive issues, including whether the defendant is entitled to a hearing and, if so, whether he is entitled to be present at the hearing; and

3.     the United States shall have until July 6, 2009, to respond to the motion and brief.

Dated May 18, 2009.

                BY THE COURT

                s/ Warren K. Urbom
                United States Senior District Judge